1

Court of Appeals Number: 04-14-00687-CV
Trial Court Case Number: 2014-CI-05034

| | | |
|---|---|---|
| Rudy Neira | § | IN COURT |
| Appellant, Pro Se | § | OF APPEALS |
| | § | Fourth Court of Appeals |
| V. | § | District |
| | § | |
| Sheryl Scully, in her official capacity as the City Manager | § | |
| of the City of San Antonio(City) on behalf of San Antonio | § | |
| Planning Commission, Appellee and | § | BEXAR COUNTY |
| | § | TEXAS |
| | § | |
| Richard Hovenden, | § | |
| Interested Party | § | |
| | § | |

**APPELLANT'S BRIEF AMENDMENT –Certificate of Compliance**

This amendment is add Appellant's Certificate of Compliance pursuant Tex. R. App. P. 9.4(i)(3).

Mr. Neira, Appellant, certifies that the computer program, Microsoft Word, shows a word count of 2108 words for Mr. Neira's nine-page Appellant's Brief, after deleting the exceptions in Tex. R. App. P. 9.4(i)(1).

Prior to deleting the exceptions, the word count is 2941.

See February 26, 2015 letter to Appellant, from Court of Appeals, requesting the word count.

Respectfully submitted by FAX to 210 335-2762

*Rudy Neira*

Rudy Neira, Pro Se, March 3, 2015
3015 Knight Robin
San Antonio, TX 787209
210 564-3634